# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

ANGELA MORRISON,

  Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

  Defendant.

No. 14 cv 2002 EJM

ORDER

This matter is before the court on plaintiff's consented Motion for Attorney Fees, filed November 4, 2014. Granted.

On August 5, 2014, the court entered judgment for plaintiff, reversing and remanding the case back to the Commissioner. The motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) is in order.

It is therefore

ORDERED

Granted. Plaintiff is awarded $4,707.84 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

December 18, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT